UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                                 CASE NO. 09-20105

      v.                                          JUDGE SEAN F. COX

D-8 HELEN MARIE MARTIN,

      Defendant.
      _____/

## ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL

On November 13, 2009, this Court conducted a hearing on George D. Lyons' motion for to withdraw as defense counsel for Defendant Helen Marie Martin.

For the reasons stated on the record, defense counsel's motion is granted. New counsel will be appointed for Defendant through the Federal Defenders' Office.

IT IS SO ORDERED.

                                                  S/Sean F. Cox
                                                  Sean F. Cox
                                                  United States District Judge

Dated: November 13, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 13, 2009, by electronic and/or ordinary mail.

                                                  S/Jennifer Hernandez
                                                Case Manager